IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH, PIERCE, FENNER : 
& SMITH INCORPORATED, :
:
Plaintiff, :
:
v. : Civil Action: _____
:
JINESH BRAHMBHATT, :
DARSHAN MAKIM :
:
Defendants. :
:

## MERRILL LYNCH'S RULE 7.1 DISCLOSURE

Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby discloses pursuant to Local Federal Rule of Civil Procedure 7.1 that the following are parents, subsidiaries and/or affiliates of Merrill Lynch that have issued shares or debt securities to the public: Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly owned subsidiary of its parent, Merrill Lynch & Co., Inc.

Dated: June 4, 2008            Respectfully submitted,

                               MURPHY & SHAFFER LLC

                               _____
                               Robert T. Shaffer, III
                               (MD USDC Bar No. 04074)
                               John J. Connolly
                               (MD USDC Bar No. 09537 & DC Bar No. 495388)
                               36 South Charles Street, Suite 1400
                               Baltimore, Maryland 21201
                               Phone: (410) 783-7000
                               Fax: (410) 783-8823

Of Counsel:

Christopher S. Koller, Esquire
Beth Delaney, Esquire
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, Pennsylvania 19301
Phone: (610) 408-2000
Fax: (610) 408-9000