IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 4 2008
Clerk, U.S. District and
Bankruptcy Courts

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED,

          Plaintiff,

v.

JINESH BRAHMBHATT,
DARSHAN MAKIM

          Defendants.

Case: 1:08-cv-00957
Assigned To : Kennedy, Henry H.
Assign. Date : 6/4/2008
Description: TRO/PI

## MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER S. KOLLER

Plaintiff, Merrill Lynch, Pierce, Fenner & Smith Incorporated, through its undersigned counsel, Robert T. Shaffer, III of Murphy & Shaffer LLC, respectfully moves this Court, pursuant to LCvR 83.2(d), for an Order allowing Christopher S. Koller, Esquire of Rubin, Fortunato & Harbison P.C. to appear in the above-captioned matter and participate as counsel for plaintiff. Plaintiff relies on the attached Declaration of Christopher S. Koller, Esquire. Pursuant to LCvR 7(m), undersigned counsel certifies that he has been unable to reach the Defendants to discuss the subject motion or obtain their consent to the motion.

Dated: June 4, 2008



Respectfully submitted,

MURPHY & SHAFFER LLC

Robert T. Shaffer, III
(MD USDC Bar No. 04074)
Suite 1400
36 South Charles Street
Baltimore, Maryland 21201
Phone: (410) 783-7000
Fax: (410) 783-8823
RShaffer@murphyshaffer.com

Of Counsel:

Christopher S. Koller, Esquire
Susan E. Delaney, Esquire
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, Pennsylvania 19301
Phone: (610) 408-2020
Fax: (610) 854-4318
ckoller@rubinfortunato.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH, PIERCE, FENNER  :
& SMITH INCORPORATED,          :
                               :
                               :
                               :
         Plaintiff,            :
                               :
    v.                         :   CASE NO:
                               :
JINESH BRAHMBHATT,             :
DARSHAN MAKIM                  :
                               :
         Defendants.           :

### DECLARATION OF CHRISTOPHER S. KOLLER

I, Christopher S. Koller, make the following declaration:

1. I am over the age of 18 and I am competent to testify from personal knowledge as to the facts set forth in this Declaration.

2. My full name is Christopher S. Koller.

3. I am an attorney at the law firm Rubin, Fortunato & Harbison P.C., 10 South Leopard Road, Paoli, Pennsylvania 19301. My direct dial phone number is (610) 408-2020; my direct facsimile number is (610) 854-4318.

4. I am a member of the Bar of the State of Pennsylvania. I am also admitted to practice before the Eastern District of Pennsylvania.

5. I certify that I have not been disciplined by any Bar.

6. I have not been previously admitted *pro hac vice* in this Court within the last two years.

08 0957
**FILED**
JUN - 4 2008
Clerk, U.S. District and
Bankruptcy Courts

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor have applied for admission.

8. The name, address, and telephone number of the sponsoring attorney of record for the plaintiff is Robert T. Shaffer, III, Murphy & Shaffer LLC, 36 S. Charles Street, Suite 1400, Baltimore, Maryland 21201, (410)- 783-7000.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4 day of June, 2008.

Christopher S. Koller