CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH, ET AL. | ) |
| | ) |
| Plaintiff | ) Civil Case Number 08-957(RMC) |
| | ) |
| | ) Category   D |
| BRAHMBHATT, ET AL. | ) |
| | ) |
| Defendant | ) |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>June 10, 2008</u>  from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge  Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Judge Collyer has consented to the transfer)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
<u>Judge Kennedy</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee