LAW OFFICES
## MURPHY & SHAFFER LLC
SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

ROBERT T. SHAFFER, III  
RShaffer@murphyshaffer.com

TELEPHONE (410) 783-7000  
FACSIMILE (410) 783-8823

June 20, 2008

**VIA ELECTRONIC FILING**

Hon. Rosemary M. Collyer  
JUDGE, UNITED STATES DISTRICT COURT  
   FOR THE DISTRICT OF COLUMBIA  
333 Constitution Avenue, N.W.  
Washington, D.C. 20001

      Re:   *Merrill Lynch Pierce Fenner & Smith, Inc.* v. *Jinesh Brahmbhatt, et al.*  
            **Civil Action No. 1:08-cv-00957**

Dear Judge Collyer:

    The parties in this matter have reached an agreement to resolve this matter. Accordingly, I have enclosed for your consideration a proposed stipulated Order of Dismissal with Prejudice, which has been signed by counsel for the parties.

    Thank you for your consideration.

Respectfully submitted,

Robert T. Shaffer, III

Enclosure

  cc:  Andrew J. Sherman, Esquire (via e-mail ShermanA@dicksteinshapiro.com, w/encl.)  
       Christopher S. Koller, Esquire (via e-mail ckoller@rubinfortunato.com, w/encl.)  
       Beth E. Delaney, Esquire (via e-mail BDelaney@rubinfortunato.com, w/encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH, PIERCE, FENNER : 
& SMITH INCORPORATED, :
:
:
Plaintiff, :
:
v. : Case Number: 1:08-cv-00957
:
JINESH BRAHMBHATT, :
DARSHAN MAKIM :
:
Defendants. :
:

### ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the parties, through their respective counsel, have settled this matter and stipulated and agreed that this Civil Action may be dismissed with prejudice, it is

ORDERED, that this Civil Action is dismissed with prejudice.

DONE, this ____ day of June, 2008 at Washington, D.C.

_____
Judge, United District Court for the District of Columbia

STIPULATED AND AGREED:

_____
Andrew J. Sherman, Esquire
Bar No. 411053
Dickstein Shapiro LLP
1825 I Street, N.W.
Washington, DC 20006
Phone: 202-420-5000
Fax: 202-420-2201
Email: ShermanA@dicksteinshapiro.com

Attorney for Defendant

_____
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000
Fax: 410-783-8823
Email: rshaffer@murphyshaffer.com

Attorney for Plaintiff