IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, : : : : Plaintiff, : : v. : : JINESH BRAHMBHATT, : DARSHAN MAKIM : : Defendants. : _____ : | Case Number:  1:08-cv-00957 (RMC) |

## PRAECIPE

The parties, by and through their respective counsel, have reached an agreement to settle this matter and request that this Court dismiss this case with prejudice. A proposed stipulated Order of Dismissal with Prejudice, which has been signed by counsel for the parties, is attached for the Court's consideration.

                                            Respectfully submitted,


                                          By:  /s/ *Robert T. Shaffer, III*
                                               Robert T. Shaffer, III Esquire
                                               Bar No. 04074

                                        Murphy & Shaffer LLC
                                        Suite 1400
                                        36 S. Charles Street
                                        Baltimore, Maryland 21201
                                        Phone: 410-783-7000
                                        Fax: 410-783-8823
                                        Email: rshaffer@murphyshaffer.com
                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June 2008, I electronically filed the foregoing *Praecipe* and *proposed Order* with the Clerk of the Court by using the CM/ECF system and sent a copy, along with the electronic filing receipt, by e-mail to the following counsel of record:

>Andrew J. Sherman, Esquire
>Dickstein Shapiro LLP
>1825 I Street, N.W.
>Washington, D.C. 20006
>ShermanA@dicksteinshapiro.com
>*Attorneys for Defendants*
>
>Christopher S. Koller
>RUBIN, FORTUNATO & HARBISON, P.C.
>10 South Leopard Road
>Paoli, PA 19301
>ckoller@rubinfortunato.com
>*Attorneys for Plaintiff*
>
>Susan E. Delaney
>RUBIN, FORTUNATO & HARBISON, P.C.
>10 South Leopard Road
>Paoli, PA 19301
>BDelaney@rubinfortunato.com
>*Attorneys for Plaintiff*

>/s/ *Robert T. Shaffer, III*
>Robert T. Shaffer, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH, PIERCE, FENNER : 
& SMITH INCORPORATED, :
:
:
:
Plaintiff, :
:
v. : Case Number: 1:08-cv-00957
:
JINESH BRAHMBHATT, :
DARSHAN MAKIM :
:
Defendants. :
:

### ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the parties, through their respective counsel, have settled this matter and stipulated and agreed that this Civil Action may be dismissed with prejudice, it is

ORDERED, that this Civil Action is dismissed with prejudice.

DONE, this ____ day of June, 2008 at Washington, D.C.

_____
Judge, United District Court for the District of Columbia

STIPULATED AND AGREED:

_____
Andrew J. Sherman, Esquire
Bar No. 411053
Dickstein Shapiro LLP
1825 I Street, N.W.
Washington, DC 20006
Phone: 202-420-5000
Fax: 202-420-2201
Email: ShermanA@dicksteinshapiro.com

Attorney for Defendant

_____
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000
Fax: 410-783-8823
Email: rshaffer@murphyshaffer.com

Attorney for Plaintiff