IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MERRILL LYNCH, PIERCE, FENNER :
& SMITH INCORPORATED, :
:
:
Plaintiff, :
:
v. : Case Number: 1:08-cv-00957
:
JINESH BRAHMBHATT, :
DARSHAN MAKIM :
:
Defendants. :
:

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the parties, through their respective counsel, have settled this matter and stipulated and agreed that this Civil Action may be dismissed with prejudice, it is

ORDERED, that this Civil Action is dismissed with prejudice.

DONE, this 19 day of June, 2008 at Washington, D.C. *This case is closed.*

_____
Judge, United District Court for the District of Columbia